Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the
District of

Division

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
NOV 15 2017
BY ARTHUR JOHNSTON DEPUTY

Case No. 3:17CV909 HSO-LRA
*(to be filled in by the Clerk's Office)*

Kimberly Edwards

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Minact Logistical Services

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Kimberly Edwards |
   | Street Address | 184 Martin Luther Kings Drive   P.O. Box 312 |
   | City and County | Pickens, Holmes   Pickens, Ms 39146 |
   | State and Zip Code | Ms   39146 |
   | Telephone Number | 662-468-0937 |
   | E-mail Address | rebelkimber@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Minact Logistical Services |
| Job or Title *(if known)* | Material Handler |
| Street Address | 300 Nissan Drive |
| City and County | Canton , Madison |
| State and Zip Code | Ms    39046 |
| Telephone Number | 601-855-6541 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

### C.     Place of Employment

The address at which I am employed or was employed by the defendant(s) is

Name  
Street Address  
City and County  
State and Zip Code  
Telephone Number  

## II.     Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- ☐ Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- ☐ Relevant state law
- ☐ Relevant city or county law

## III.     Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

### A.     Nature of employer's business:
Manufacturing

### B.     Dates of employment:
04/14/20014

### C.     Employee's job title and a description of the kind of work done:
Material Handler/ Fork Lift

### D.     Rate, method, and frequency of wage payment:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

15.00

E. Number of hours actually worked each week in which a violation is claimed:
60 to 40

F. Description of the alleged violation(s) *(check all that apply)*:

☐ Failure to pay the minimum wage *(explain)*

☒ Failure to pay required overtime *(explain)*
I was not getting my raises on time , there were times when my overtime was not put on my check.

☐ Other violation(s) *(explain)*
My check was being shorted, raises were not added on time, sometimes the over time were not added at all.

G. Date(s) of the alleged violation(s):
04/14/2014- 08/18/2016

H. Additional facts:
I have check stubs to prove it.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10/4/2017

Signature of Plaintiff     _____
Printed Name of Plaintiff     _____

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Name of Law Firm  _____
Street Address
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

*Kimberly Edwards*
11/15/2017