# Exhibit "A"

# Audio Recording of
# August 2018 Settlement
(To Be Filed Conventionally 9.12.18)